JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LUXXE SUNNIES, LLC; a California Limited Liability Company; THORNTON INVESTMENT GROUP, CORP.; a California Corporation; TYLER THORNTON, an individual; LINDSAY THORNTON, an individual; and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO.: 2:19-cv-05772-CAS (MRWx)<br><br>**JUDGMENT ENTERING PERMANENT INJUNCTION AND AWARDING DAMAGES AND FEES AGAINST DEFENDANTS** |

The Court hereby GRANTS Luxottica Group S.p.A.'s ("plaintiff's") motion for default judgment against defendants Luxxe Sunnies, LLC; Thornton Investment Group, Corp.; Tyler Thornton; and Lindsay Thornton (collectively, "defendants").

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment is entered in favor of plaintiff on its claims for trademark infringement, false designation of origin and false descriptions, trademark dilution, unfair competition, and injunctive relief;

///

2.  All defendants shall be jointly and severally liable to plaintiff in the amount of $779,175.36, which is comprised of: (a) $760,368 in actual damages; and (b) $18,807.36 in attorneys' fees;

3.  Defendants, its officers, agents, servants and employees and any persons in active concert or participation with them are permanently restrained and enjoined from infringing upon plaintiff's federally registered trademarks, including but not limited to the marks attached hereto as Exhibit A (the "Ray-Ban Marks"), either directly or contributorily in any manner, including:

(a) Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, and/or selling products which bear the Ray-Ban Marks, or any marks/designs identical, substantially similar, and/or confusingly similar thereto;

(b) Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing, or disposing of in any manner items falsely bearing the Ray-Ban Marks, or any reproduction, counterfeit, copy or colorable imitation thereof;

(c) Using the Ray-Ban Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise;

(d) Passing off, inducing or enabling others to sell or pass off any product or other items that are not Luxottica's or Ray-Ban's genuine merchandise as genuine Luxottica or Ray-Ban merchandise;

(e) Committing any other acts which falsely represents or which has the effect of falsely representing that the goods and services of defendants are licensed, authorized, offered, produced, or sponsored by, or are in any other way associated with Luxottica or Ray-Ban;  and

(f) Assisting, aiding, or attempting to assist or aid any other person or entity in infringing any Ray-Ban Marks or performing any of the prohibited activities referred to in paragraphs (a) to (e) above.

1     4.     The Court shall retain jurisdiction over any matter pertaining to this judgment.

**IT IS SO ORDERED.**

DATED: May 2, 2022

*Christina A. Snyder*

Hon. Christina A. Snyder
**United States District Judge**

# EXHIBIT A

| Trademark | Registration No. | Goods and Services |
|---|---|---|
| *Ray-Ban* | 650,499 | sunglasses, shooting glasses, and ophthalmic lenses, in class 26. |
| | 1,093,658 | ophthalmic products and accessories – namely, sunglasses; eyeglasses; spectacles; lenses and frames for sunglasses, eyeglasses, spectacles and goggles; and cases and other protective covers for sunglasses, eyeglasses, spectacles in class 9. |
| | 1,726,955 | bags; namely, tote, duffle and all-purpose sports bags, in class 18. |
| | | cloths for cleaning ophthalmic products, in class 21. |
| | | clothing and headgear; namely, hats, in class 25. |
| RAY-BAN | 1,080,886 | ophthalmic products and accessories – namely, sunglasses; eyeglasses; spectacles; lenses and frames for sunglasses, eyeglasses, spectacles – in class 9. |
| | 1,490,305 | clothing, namely, t-shirts, in class 25. |
| | 2,718,485 | goods made of leather and imitation leather, namely, wallets, card cases for business cards, calling cards, name cards and credit cards in class 18. |
| | | clothing for men and women, namely, polo shirts; headgear, namely, berets and caps. |

| | | |
|---|---|---|
| Ray-Ban (logo) | 1,320,460 | sunglasses and carrying cases there for, in class 9. |
| Ray-Ban (logo) | 3,522,603 | sunglasses, eyeglasses, lenses for eyeglasses, eyeglasses frames, cases for eyeglasses, in class 9. |
| WAYFARER | 595,513 | sunglasses in class 9. |